# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:92 CR 153

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| BYRON JONES (1) | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's Motion for a refund on assessments paid towards four counts that were vacated at Defendant's re-sentencing held on June 28, 2006.

The financial records of this Court indicate that Defendant was originally assessed $300 (six counts at $50 each). Court records further indicate that the Defendant has paid a total of $250 to the Court. Therefore, with a current assessment of $100 (two counts at $50 each), the defendant is entitled to a refund in the amount of $150.00.

**IT IS THEREFORE ORDERED** that a refund in the amount of $150.00 be issued to Defendant Byron Jones.

IT IS SO ORDERED.

Signed: December 1, 2006

Graham C. Mullen
United States District Judge